IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HANA HILSENRATH, et al.,            No. C-07-2782 MMC

    Plaintiffs

                                           **ORDER OF REFERRAL**

  v.

THE SWISS CONFEDERATION, et al.,

    Defendants
                                             /

        Plaintiffs in the above-titled action alleges claims arising out of the asserted freezing of their assets by Swiss officials. In their complaint, plaintiffs allege the "federal court in California," a reference to District Judge William H. Alsup, found "the freeze of plaintiffs' assets is unjustified," (see Compl. ¶¶ 5, 77), and allege defendants have "disobeyed several specific orders of the District Court in the subject matter," (see Compl. ¶ 27).

        Accordingly, the above-titled matter is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to United States District Judge William H. Alsup for consideration of whether the instant action is related to the earlier-filed action referenced in plaintiff's complaint, specifically, United States v. Hilsenrath, CR-03-213 WHA.

        **IT IS SO ORDERED.**

Dated: June 1, 2007

                                                   MAXINE M. CHESNEY
                                                   United States District Judge