HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net

PLAINTIFFS *IN PRO PER*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HANA HILSENRATH et al,

Plaintiffs,

v.

THE SWISS CONFEDERATION et al,

Defendants.

Case No. C-07-2782 MMC

DECLARATION OF HANA AND OLIVER HILSENRATH RE PROOF OF SERVICE ON SWISS CENTRAL AUTHORITY PURSUANT TO HAGUE CONVENTION

We, Hana and Oliver Hilsenrath, plaintiffs *in pro per* declare the following to be true under penalty of perjury:

Defendants Swiss Confederation et al were successfully served with the following documents according to the rules of service of documents of the Hague Convention:

1. COMPLAINT CASE NO. C 07 2782 MMC
2. GERMAN TRANSLATION OF COMPLAINT
3. COURT SUMMONS IN A CIVIL CASE
4. CASE MANAGEMENT CONFERENCE ORDER
5. ECF REGISTRATION HANDOUT

CASE NO. C02-1068 CW (BZ)

The recipient, the designated Swiss Central Authority[1], acknowledged receipt of documents on June 4, 2007.

Attachment A to this declaration is a true copy of the Form USM-94[2] as presented to the Swiss Central Authority and Attachment B is a true copy of a Federal Express tracking sheet attesting to the receipt of documents by the Swiss Central Authority on June 4, 2007.

This representation is made to the Court pursuant to Federal Rules Civil Procedure 4 (l).

Dated: June 5, 2007

Respectfully submitted,

_____/s_____          _____/s_____
HANA HILSENRATH          OLIVER HILSENRATH

Attachments A and B

---

[1] Swiss designated Central Authority pursuant to the Hague Convention: Federal Justice and Police Department, Federal Office for Police Matters, International Judicial and Extrajudicial Assistance, Bundesrain 20, 3003 Bern, Switzerland, Tel. 011-41-31-322-4310, Fax 011-41-31-322-5380.

[2] United States Marshall Service: REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

**U.S. Department of Justice**
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| HANA HILSENRATH, OLIVER HILSENRATH<br>822 Eastbrook Court, Danville, CA 94506, USA<br>Tel: +1 925 212 6299, Fax: +1 925 736 7571<br>email: ohlx@sbcglobal.net<br>PLAINTIFFS IN PROPRIA PERSONA | Federal Justice and Police Department,<br>Federal Office for Police Matters, International<br>Judicial and Extrajudicial Assistance,<br>Bundesrain 20, 3003 Bern, Switzerland,<br>Tel. +41-31-322-4310, Fax +41-31-322-5380 |

**The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,**
(identity and address)
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
*(identité et adresse)*

1. SWISS CONFEDERATION; 2. SWISS FEDERAL ATTORNEY GENERAL;
3. GERARD SAUTEBIN; 4. BRENT HOLTKAMP -- SEE ADDRESSES IN ANNEX

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5 alinéa premier, lettre a).*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents                          Done at SAN FRANCISCO, the 30 MAY 2007
*Enumération des pièces*                   *Fait à                              , le*

1. COMPLAINT CASE NO. C 07 2782 MMC
2. GERMAN TRANSLATION OF COMPLAINT         Signature and/or stamp
3. COURT SUMMONS IN A CIVIL CASE           *Signature et/ou cachet*
4. CASE MANAGEMENT CONFERENCE ORDER        HANA AND OLIVER HILSENRATH
5. ECF REGISTRATION HANDOUT

*Delete if inappropriate*                                          Form USM-94
*Rayer les mentions inutiles.*                                     Est. 11/77
                          (Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

*Attachment A*

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

HANA AND OLIVER HILSENRATH, 822 EASTBROOK COURT, DANVILLE, CALIFORNIA 94506, USA

**Particulars of the parties:**
*Identité des parties:*

PLAINTIFFS FOR THE HILSENRATH FAMILY VERSUS DEFENDANTS- ALL MEMBERS OF SWISS GOV

### JUDICIAL DOCUMENT
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS AND PERSONAL PROPERTY

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

RECOVERY OF DAMAGE OF 26,050,000 US DOLLARS

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

SAN FRANCISCO, 450 GOLDEN GATE AVE., CLERK OF COURT, NO LATER THAN JULY 29, 2007

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:*

SAN FRANCISCO FEDERAL DISTRICT COURT - JUDGE MAXINE M. CHESNEY

**Date of judgment**:**
*Date de la décision:*

MAY 29, 2007

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*

60 DAYS FROM SERVICE - PURSUANT TO /US FED R. C. PROC / FOREIGN PARTY

### EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*


**Time limits stated in the document:**
*Indication des délais figurant dans l'acte:*

Track Shipments
## Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 858747417711 | **Destination** | BERN CH |
| **Signed for by** | .MEIERHOFER | **Delivered to** | Receptionist/Front Desk |
| **Ship date** | May 31, 2007 | **Service type** | Priority Pak |
| **Delivery date** | Jun 4, 2007 10:27 AM | **Weight** | 1.9 lbs. |
| **Status** | Delivered | | |
| **Signature image available** | No | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jun 4, 2007 | 10:27 AM | Delivered | BERN CH | |
| | 8:41 AM | On FedEx vehicle for delivery | BERN CH | |
| | 8:20 AM | At local FedEx facility | BERN CH | |
| | 6:06 AM | In transit | BASEL CH | |
| Jun 3, 2007 | 10:41 AM | Int'l shipment release | BASEL CH | |
| Jun 2, 2007 | 12:20 AM | At local FedEx facility | PARIS FR | |
| Jun 1, 2007 | 10:54 PM | Departed FedEx location | PARIS FR | |
| | 2:12 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:13 AM | Arrived at FedEx location | MEMPHIS, TN | |
| May 31, 2007 | 7:50 PM | Departed FedEx location | OAKLAND, CA | |
| | 4:46 PM | Left origin | SAN RAMON, CA | |
| | 10:10 AM | Picked up | SAN RAMON, CA | |

Signature proof    E-mail results    Track more shipments

Subscribe to tracking updates (optional)

**Your Name:**                              **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |

**Select format:**    HTML    Text    Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

*Attachment B*