UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HANA HILSENRATH et al,

        Plaintiff,

v.

THE SWISS CONFEDERATION et al,

        Defendant.

Case Number: CV07-02782 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oliver Hilsenrath
822 Eastbrook Court
Danville, CA 94506

Dated: June 11, 2007

        Richard W. Wieking, Clerk
        By: Dawn Toland, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HANA HILSENRATH et al,

        Plaintiff,

v.

THE SWISS CONFEDERATION et al,

        Defendant.

Case Number: CV07-02782 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oliver Hilsenrath
822 Eastbrook Court
Danville, CA 94506

Dated: June 11, 2007

        Richard W. Wieking, Clerk
        By: Dawn Toland, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH et al, | Case Number: CV07-02782 MMC |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| THE SWISS CONFEDERATION et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oliver Hilsenrath
822 Eastbrook Court
Danville, CA 94506

Dated: June 11, 2007

Richard W. Wieking, Clerk
By: Dawn Toland, Deputy Clerk