UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HANA HILSENRATH et al,

        Plaintiff,

v.

THE SWISS CONFEDERATION et al,

        Defendant.

Case Number: CV07-02782 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hana Hilsenrath
822 Eastbrook Court
Danville, CA 94506

Oliver Hilsenrath
Hilsenrath & Hilsenrath
822 Eastbrook Court
Danville, CA 94506

Dated: June 26, 2007

                                  Richard W. Wieking, Clerk
                                  By: Dawn Toland, Deputy Clerk