HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net

PLAINTIFFS *IN PRO PER*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH et al,<br>                      **Plaintiffs,**<br>v.<br>THE SWISS CONFEDERATION et al,<br>                      **Defendants.** | Case No. C-07-2782 WHA<br><br>**STATUS REPORT RE LETTER FROM SWISS AMBASSADOR IN THE UNITED STATES** |

On July 14 2007, a letter was received from the defendant in this case, by means of the Swiss Ambassador in the United States, letter dated July 5, 2007 and attached in the declaration following this status report.

A prompt response was sent by plaintiffs in this case by mail, facsimile and electronic mail and also attached in the declaration following this status report.

The Swiss Ambassador, Urs Ziswiler, states in his letter that the Swiss government has reviewed the current complaint and has determined that District Court has no jurisdiction over Switzerland and its employees.

Plaintiffs, in their response, alert Ambassador Ziswiler that the proper way to assert any objections to the current complaint is proper filing with the court and not direct correspondence with plaintiffs or their attorneys.

In further reference to the abovementioned correspondence, the declaration following this status report also includes the clerk's summons and a stamped copy of the complaint.

Dated: July 18, 2007

Respectfully submitted,

_____/s_____                    _____/s_____
 HANA HILSENRATH                        OLIVER HILSENRATH