HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net

PLAINTIFFS *PRO SE*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HANA HILSENRATH et al,
          **Plaintiffs,**
          v.

THE SWISS CONFEDERATION et al,
          **Defendants.**

Case No. C-07-2782 WHA

**DECLARATION IN SUPPORT OF STATUS REPORT RE LETTER FROM SWISS AMBASSADOR IN THE UNITED STATES**

We, Hana and Oliver Hilsenrath, declare the following to be true under penalty of perjury:

1. Exhibit A represents a true copy of plaintiffs response letter to the defendant's Ambassador.
2. Exhibit B represents a true copy of the defendant's ambassador to plaintiffs.
3. Exhibit C represents a true copy of the summons issued by the Clerk.
4. Exhibit D represents a true copy of the originally filed complaint.

Dated: July 18, 2007

Respectfully submitted,

_____/s_____         _____/s_____
 HANA HILSENRATH         OLIVER HILSENRATH