# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

Hilsenrath et. Al.

v.

Swiss Confederation et. A.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07 2782 MMC

TO: (Name and address of defendant)

THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY GENERAL OF SWITZERLAND, GERARD SAUTEBIN, BRENT HOLTKAMP et. Al.

FEDERAL DEPARTMENT OF JUSTICE / International Judicial Assistance
BUNDESRAIN 20, 3003 BERN — SWITZERLAND

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HANA HILSENRATH, OLIVER HILSENRATH
822 Eastbrook Court
Danville CA 94506
USA

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

DATE  MAY 29 2007

Exh. C