OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
oliver_hilsenrath@sbcglobal.net

## PROOF OF SERVICE

I, the undersigned, declare as follows: On July 18, 2007, I served the following documents:

STATUS REPORT RE LETTER FROM SWISS AMBASSADOR IN THE UNITED STATES

and

DECLARATION IN SUPPORT OF STATUS REPORT RE LETTER FROM SWISS AMBASSADOR IN THE UNITED STATES

On the defendant as follows:

Swiss Confederation:
C/o Urs Ziswiler
The Ambassador of Switzerland
2900 Cathedral Ave. NW
Washington, D.C. 20008-3499
Tel: (202) 745 7900, Fax: (202) 387 2564
was.vertretung@eda.admin.ch

1. BY ELECTRONIC MAIL to email addresses: was.vertretung@eda.admin.ch

2. BY MAIL: By placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid, in the United States mail at Danville, California.

3. BY FACSIMILE to Fax: (202) 387 2564

I declare under penalty of perjury that the foregoing is true and correct.

Dated July 18, 2007, at Danville, California.

_____/s_____
OLIVER HILSENRATH