HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net

PLAINTIFFS *IN PRO PER*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH, OLIVER HILSENRATH, NAMA HILSENRATH, LIOR HILSENRATH, ELLA HOPE HILSENRATH, ISAIAH BENJAMIN HILSENRATH, SAUL NATHANIEL HILSENRATH, THE LIVING TRUST OF MELANIE AND ANDRE HILSENRATH, Plaintiffs, v. THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY GENERAL OF SWITZERLAND, GERARD SAUTEBIN, BRENT HOLTKAMP, AND DOES 1-10, Defendants. | **Case No: 3:07-cv-02782-WHA** <br><br> **REQUEST TO CLERK TO ENTER DEFAULT** |

Plaintiffs hereby request the Clerk of the abovementioned Court to enter default against Defendants:

1. The Swiss Confederation,
2. The Federal Attorney General of Switzerland
3. Gerard Sautebin
4. Brent Holtkamp

on the ground that said defendants have failed to appear or otherwise respond to the complaint within the time prescribed by the federal Rules of Civil Procedure.

Plaintiffs served the summons and complaint on defendants on June 4, 2007 (see Hilsenrath declaration re proof of service Doc. 4, current case).

A copy of the summons issued by the Clerk is attached to this request.

Dated: August 3, 2007

Respectfully submitted,

_____/s_____                    _____/s_____
 HANA HILSENRATH                        OLIVER HILSENRATH

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Hilsenrath et. Al.

v.

Swiss Confederation et. A.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07 2782 MMC

TO: (Name and address of defendant)

THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY GENERAL OF SWITZERLAND, GERARD SAUTEBIN, BRENT HOLTKAMP et. Al.

FEDERAL DEPARTMENT OF JUSTICE / International Juditial Assistance
BUNDESRAIN 20, 3003 BERN — SWITZERLAND.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HANA HILSENRATH, OLIVER HILSENRATH
822 Eastbrook Court.
Danville CA 94506
USA

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE MAY 29 2007