PILLSBURY WINTHROP SHAW PITTMAN LLP
STEPHAN E. BECKER (*pro hac vice* application pending)
   Email: stephan.becker@pillsburylaw.com
2300 N Street N.W.
Washington, D.C. 20037-1122
Telephone:   (202) 663-8277
Facsimile:   (202) 663-8007

PILLSBURY WINTHROP SHAW PITTMAN LLP
SHARON L. O'GRADY (SBN 102356)
   Email: sharon.ogrady@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone:   (415) 983-1198
Facsimile:   (415) 983-1200

Attorneys for Defendants
THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY GENERAL
OF SWITZERLAND, GERALD SAUTEBIN AND BRENT HOLTKAMP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVER HILSENRATH, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY GENERAL OF SWITZERLAND, GERARD SAUTEBIN, BRENT HOLTKAMP, <br><br> Defendants. | Case No. C-07-2782-WHA <br><br> E-Filing <br><br> DECLARATION OF GERARD SAUTEBIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT (FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1), (2), AND (6)) <br><br> Date:       September 13, 2007 <br> Time:       8:00 a.m. <br> Courtroom: 9, 19th Floor <br> Judge:      The Hon. William H. Alsup |

1   I, GERARD SAUTEBIN, declare as follows:

2   1.   I am a Federal Examining Magistrate for the Federal Examining Magistrate's Office of the Swiss Confederation, based in Geneva. I have personal knowledge of the facts set forth herein and, if called as a witness, would and could competently testify to the truth thereof.

2.   I am a citizen of Switzerland and reside in Switzerland.

3.   I was appointed as a Federal Examining Magistrate on August 30th 2005. As a Federal Examining Magistrate, I work according to the Swiss federal law on criminal proceedings. My role is to investigate criminal acts committed in Switzerland on behalf of the Authorities of the Swiss Confederation and upon request of the Swiss Federal Prosecutor's Office.

4.   In connection with the Swiss investigation of Oliver Hilsenrath, all of my contacts with the United States were with officials of the United States Attorney's Office and the United States Department of Justice.

5.   I have no investments in California or any other State of the United States, and I am not engaged in any private business in the United States. I have never visited California, either on business or vacation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of August, 2007, at Geneva, Switzerland.

_____
Gerard Sautebin