UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVER HILSENRATH, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY GENERAL OF SWITZERLAND, GERARD SAUTEBIN, BRENT HOLTKAMP, <br><br> Defendants. | Case No. C-07-2782 WHA <br><br> E-Filing <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS <br><br> Date: September 13, 2007 <br> Time: 8:00 a.m. <br> Courtroom: 9, 19th Floor <br> Judge: The Hon. William H. Alsup |

The Motion of Defendants The Swiss Confederation, The Federal Attorney General of Switzerland, Gerard Sautebin and Brent Holtkamp to Dismiss came on for hearing on September 13, 2007 in Courtroom 9, The Honorable William H. Alsup presiding. Plaintiffs Oliver Hilsenrath and Hana Hilsenrath appeared in *propria persona*; defendants appeared through their counsel of record. Having considered the papers filed in support of and in opposition to said motion, the arguments of counsel, and good cause appearing,

1    IT IS HEREBY ORDERED that defendants' motion to dismiss is GRANTED. The
2  Complaint is hereby DISMISSED WITH PREJUDICE.

4  Dated: _____

_____
The Honorable William H. Alsup
United States District Court
Northern District of California