UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVER HILSENRATH, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY GENERAL OF SWITZERLAND, GERARD SAUTEBIN, BRENT HOLTKAMP, <br><br> Defendants. | Case No. C-07-2782 WHA <br><br> E-Filing <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' REQUEST TO CLERK TO ENTER DEFAULT <br><br> Date: September 13, 2007 <br> Time: 8:00 a.m. <br> Courtroom: 9, 19th Floor <br> Judge: The Hon. William H. Alsup |

The Motion of Defendants The Swiss Confederation, The Federal Attorney General of Switzerland, Gerard Sautebin and Brent Holtkamp to Strike Request to Clerk to Enter Default came on for hearing on September 13, 2007 in Courtroom 9, The Honorable William H. Alsup presiding. Plaintiffs Oliver Hilsenrath and Hana Hilsenrath appeared in *propria persona*; defendants appeared through their counsel of record. Having considered the papers filed in support of and in opposition to said motion, the arguments of counsel, and good cause appearing,

1  IT IS HEREBY ORDERED that defendants' motion to strike Plaintiffs' Request to
2  Clerk to Enter Default is GRANTED.
3
4  Dated: _____
5
6
7                                                    The Honorable William H. Alsup
                                                     United States District Court
8                                                    Northern District of California
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28