| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | STEPHAN E. BECKER (*pro hac vice* application pending) |
| 2 |   Email:  stephan.becker@pillsburylaw.com |
|   | 2300 N Street N.W. |
| 3 | Washington, D.C. 20037-1122 |
|   | Telephone:    (202) 663-8277 |
| 4 | Facsimile:    (202) 663-8007 |
| 5 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | SHARON L. O'GRADY (SBN 102356) |
| 6 |   Email:  sharon.ogrady@pillsburylaw.com |
|   | 50 Fremont Street |
| 7 | Post Office Box 7880 |
|   | San Francisco, CA 94120-7880 |
| 8 | Telephone:    (415) 983-1198 |
|   | Facsimile:    (415) 983-1200 |
| 9 | |
|   | Attorneys for Defendants |
| 10 | THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY GENERAL |
|    | OF SWITZERLAND, GERALD SAUTEBIN AND BRENT HOLTKAMP |
| 11 | |
|    | OLIVER HILSENRATH |
| 12 | HANA HILSENRATH |
|    | 822 Eastbrook Court |
| 13 | Danville, CA 94506 |
|    | Telephone:    (925) 212-6299 |
| 14 | Facsimile:    (925) 736-7571 |
| 15 | Plaintiffs in Pro Per |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVER HILSENRATH, ET AL., | Case No. C-07-2782-WHA |
| Plaintiffs, | E-Filing |
| v. | STIPULATION RE CONTINUING HEARING DATE ON MOTION TO DISMISS AND MOTION TO STRIKE |
| THE SWISS CONFEDERATION, et al, | |
| Defendants. | Date:    September 13, 2007 |
| | (To be continued to October 25, 2007) |
| | Time:    8:00 a.m. |
| | Courtroom: 9, 19th Floor |
| | Judge:    The Hon. William H. Alsup |

Stipulation Re Continuing Hearing Date on Motion to
Dismiss and Motion to Strike
Case No. C 07 2782 WHA

1    STIPULATION RE CONTINUING HEARING DATE
2    ON MOTION TO DISMISS AND MOTION TO STRIKE
3       WHEREAS the hearing on this motion was originally set for hearing on
4    September 13, 2007;
5       WHEREAS Plaintiffs cannot attend a hearing on September 13 or 20 because they
6    will be observing religious holidays throughout that period, and cannot attend a hearing on
7    September 27 due to a hearing in another litigation;
8       WHEREAS lead counsel for Defendants is unavailable on October 4 due to a
9    previously scheduled arbitration, and also is unavailable on October 11 due to a previously
10   scheduled hearing in another litigation;
11      WHEREAS an October 18, 2007 hearing date would provide lead counsel for
12   Defendants with insufficient time to prepare a reply brief, because of the conflicts in his
13   schedule;
14      THE PARTIES HEREBY STIPULATE AS FOLLOWS:
15   1.   Defendants shall file a notice continuing the hearing on the motion to
16   dismiss and motion to strike to October 25, 2007;
17   2.   Plaintiffs shall file their opposition briefs to the motion to dismiss and
18   motion to strike on or before September 27, 2007;
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

- 1 -    Stipulation Re Continuing Hearing Date on Motion to
Dismiss and Motion to Strike
Case No. C 07 2782 WHA

1    3.    Defendants shall file their reply briefs in further support of their motion to
2  dismiss and motion to strike on or before October 11, 2007.

3    Dated:  August 10, 2007.

PILLSBURY WINTHROP SHAW PITTMAN LLP
STEPHAN E. BECKER (*pro hac vice* application pending)
SHARON L. O'GRADY

By    /s/ Sharon L. O'Grady
              Sharon L. O'Grady

Attorneys for Defendants
THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY GENERAL OF SWITZERLAND, GERALD SAUTEBIN AND BRENT HOLTKAMP

OLIVER HILSENRATH
Plaintiff in Pro Per

By    /s/ Oliver Hilsenrath

HANA HILSENRATH
Plaintiff in Pro Per

By    /s/ Hana Hilsenrath

Pursuant to General Order No. 45(X)(B), I attest that concurrence in the filing of this document has been obtained from plaintiff Oliver Hilsenrath and Hana Hilsenrath.

By    /s/ Sharon L. O'Grady
              Sharon L. O'Grady

Attorneys for Defendants
THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY GENERAL OF SWITZERLAND, GERALD SAUTEBIN AND BRENT HOLTKAMP