1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   STEPHAN E. BECKER (*pro hac vice* application pending)
2    Email: stephan.becker@pillsburylaw.com
   2300 N Street N.W.
3  Washington, D.C. 20037-1122
   Telephone:   (202) 663-8277
4  Facsimile:   (202) 663-8007

5  PILLSBURY WINTHROP SHAW PITTMAN LLP
   SHARON L. O'GRADY (SBN 102356)
6    Email: sharon.ogrady@pillsburylaw.com
   50 Fremont Street
7  Post Office Box 7880
   San Francisco, CA 94120-7880
8  Telephone:   (415) 983-1198
   Facsimile:   (415) 983-1200
9
   Attorneys for Defendants
10 THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY GENERAL
   OF SWITZERLAND, GERALD SAUTEBIN AND BRENT HOLTKAMP
11

12                          UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14                              SAN FRANCISCO DIVISION

15 OLIVER HILSENRATH, ET AL.,              )  Case No. C-07-2782-WHA
                                           )
16                  Plaintiffs,            )  E-Filing
                                           )
17       v.                                )  NOTICE CONTINUING HEARING ON
                                           )  MOTION TO DISMISS AND MOTION
18 THE SWISS CONFEDERATION, et al,         )  TO STRIKE
                                           )
19                  Defendants.            )  Date:      October 25, 2007
                                           )
20                                         )  Time:      8:00 a.m.
                                           )  Courtroom: 9, 19th Floor
21                                         )  Judge:     The Hon. William H. Alsup
                                           )
22                                         )

23
24
25
26
27
28

1   NOTICE OF CONTINUED HEARING ON MOTION DISMISS
2   TO PLAINTIFFS HANA HILSENRATH, OLIVER HILSENRATH, NAMA
3   HILLSENRATH, LIOR HILSENRATH, ELLA HOPE HILSENRATH, ISAIAH
4   BENJAMIN HILSENRATH, SAUL NATHANIEL HILSENRATH, AND THE
5   LIVING TRUST OF MELANIE AND ANDRE HILSENRATH, IN PROPRIA
6   PERSONA:

7   PLEASE TAKE NOTICE that the hearing on the motion to dismiss filed by
8   Defendants **THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY**
9   **GENERAL OF SWITZERLAND, GERALD SAUTEBIN** and **BRENT HOLTKAMP**
10  on August 6, 2007 and originally set for hearing on September 13, 2007 has been continued
11  to **October 25, 2007**, by stipulation of the parties.

12  PLEASE TAKE FURTHER NOTICE that the hearing on the motion to stike filed
13  by Defendants **THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY**
14  **GENERAL OF SWITZERLAND, GERALD SAUTEBIN** and **BRENT HOLTKAMP**
15  on August 6, 2007 and originally set for hearing on September 13, 2007 has been continued
16  to **October 25, 2007**, by stipulation of the parties.

17  Dated: August 13, 2007.

PILLSBURY WINTHROP SHAW PITTMAN LLP
STEPHAN E. BECKER (*pro hac vice* application pending)
SHARON L. O'GRADY


By    /s/ Sharon L. O'Grady
            Sharon L. O'Grady

Attorneys for Defendants
THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY GENERAL OF SWITZERLAND, GERALD SAUTEBIN AND BRENT HOLTKAMP