E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVER HILSENRATH, ET AL., | Case No. C-07-2782 WHA |
| Plaintiffs, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF STEPHAN E. BECKER |
| v. | |
| THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY GENERAL OF SWITZERLAND, GERARD SAUTEBIN, BRENT HOLTKAMP, | |
| Defendants. | |

Stephan E. Becker, an active member in good standing of the Bar of the United States District Court, District of Columbia, whose business address is Pillsbury Winthrop Shaw Pittman LLP, 2300 N Street N.W., Washington, D.C. 20037-1122, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants, The Swiss Confederation, The Federal Attorney General of Switzerland, Gerald Sautebin and Brent Holtkamp in the above-entitled action,

1    IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the
2  terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must
3  indicate appearance *pro hac vice*. Service of papers upon and communication with co-
4  counsel designated in the application will constitute notice to the party. All future filings in
5  this action are subject to the requirements contained in General Order No. 45, *Electronic*
6  *Case Filing*.

7

8  Dated: _____

9

10                                            _____

11                                            The Honorable William H. Alsup
                                              United States District Court
12                                            Northern District of California

13                                            8-12-07

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28