IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH, OLIVER HILSENRATH, NAMA HILSENRATH, LIOR HILSENRATH, ELLA HOPE HILSENRATH, ISAIAH BENJAMIN HILSENRATH, SAUL NATHANIEL HILSENRATH, THE LIVING TRUST OF MELANIE AND ANDRE HILSENRATH,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY GENERAL OF SWITZERLAND, GERARD SAUTEBIN, BRENT HOLTKAMP,<br><br>    Defendants. | No. C 07-02782 WHA<br><br>**CASE MANAGEMENT ORDER AND REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

This case is **REFERRED** to Magistrate Judge Joseph Spero for settlement. The hearing for the motion to dismiss will remain on October 25, 2007.

**IT IS SO ORDERED.**

Dated: August 31, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE