**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL PRETRIAL MINUTES</u>

JUDGE WILLIAM ALSUP

Date: <u>August 30, 2007</u>

Case No. <u>C 07-02782 WHA</u>
<u>C 03-03252 WHA</u>

Title: <u>OLIVER HILSENRATH</u> v. <u>SWISS CONFERERATION</u>
<u>SEC</u> v. <u>OLIVER HILSENRATH</u>

Plaintiff Attorneys: Pro Se

Defense Attorneys: Sharon O'Grady; Stephan Becker (specially)

Intervener: Laurel Beeler

Deputy Clerk: <u>Dawn Toland</u>          Court Reporter: <u>Sahar McVickar</u>

**PROCEEDINGS**

1)   <u>CMC - HELD</u>

2)   _____

Continued to <u>**10/25/07 at 8:00 am**</u> for Motion to Dismiss; Further CMC

**ORDERED AFTER HEARING:**

Both cases are referred to Magistrate Judge Spero for settlement conference.

Defendants specially appeared and advised the Court they have not been properly served. Court will hear the plaintiff's motion for TRO on a shorten schedule if one is filed in C07-2782 Hilsenrath v. Swiss Confederation.

Government's motion to withdraw as intervener from case C03-3252 SEC v. Oliver Hilsenrath is granted. Court requested Government still appear at the next hearing and may also attend the settlement conference.