1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   STEPHAN E. BECKER (admitted *pro hac vice*)
2     Email: stephan.becker@pillsburylaw.com
   2300 N Street N.W.
3  Washington, D.C. 20037-1122
   Telephone:    (202) 663-8277
4  Facsimile:    (202) 663-8007

5  PILLSBURY WINTHROP SHAW PITTMAN LLP
   SHARON L. O'GRADY (SBN 102356)
6     Email: sharon.ogrady@pillsburylaw.com
   50 Fremont Street
7  Post Office Box 7880
   San Francisco, CA 94120-7880
8  Telephone:    (415) 983-1198
   Facsimile:    (415) 983-1200
9

   Attorneys for Defendants
10 THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY GENERAL
   OF SWITZERLAND, GERALD SAUTEBIN AND BRENT HOLTKAMP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVER HILSENRATH, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY GENERAL OF SWITZERLAND, GERARD SAUTEBIN, BRENT HOLTKAMP, <br><br> Defendants. | Case No. C-07-2782-WHA <br><br> E-Filing <br><br> ERRATA TO MOTION OF DEFENDANTS THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY GENERAL OF SWITZERLAND, GERALD SAUTEBIN, BRENT HOLTKAMP TO DISMISS COMPLAINT (FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1),(2), AND (6)) <br><br> Date:    October 25, 2007 <br> Time:    8:00 a.m. <br> Courtroom: 9, 19th Floor <br> Judge:   The Honorable William H. Alsup |

1  Defendants THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY
2  GENERAL OF SWITZERLAND, GERALD SAUTEBIN AND BRENT HOLTKAMP
3  submit this errata to their motion to dismiss complaint, filed August 6, 2007.
4     1. Page i, line 20.5: "and the Canton of Geneva Within" should be "Within".
5     2. Page 7, line 3: "does in itself" should be "does not in itself".
6     3. Page 13, line 23: "and the Canton of Geneva Within" should be "Within".
7     4. Page 14, lines 18.5-19.5: "Switzerland and Canton of Geneva." should be
8  "Switzerland.".
9
10    Dated: September 17, 2007.

       PILLSBURY WINTHROP SHAW PITTMAN LLP
       STEPHAN E. BECKER (admitted *pro hac vice*)
       2300 N Street N.W.
       Washington, D.C. 20037-1122

       PILLSBURY WINTHROP SHAW PITTMAN LLP
       SHARON L. O'GRADY
       50 Fremont Street
       Post Office Box 7880
       San Francisco, CA 94120-7880

       By _____
              Sharon L. O'Grady

       Attorneys for Defendants
       THE SWISS CONFEDERATION, THE
       FEDERAL ATTORNEY GENERAL OF
       SWITZERLAND, GERALD SAUTEBIN
       AND BRENT HOLTKAMP