UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OLIVER HILSENRATH,

        Plaintiff,

  v.

USA,

        Defendant.

Case Number: CV07-05100 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 9, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Laurel Daniels Beeler
U.S. Attorney's Office
Criminal Division
450 Golden Gate Ave
Box 36055
San Francisco, CA 94102

Oliver Hilsenrath
822 Eastbrook Court
Danville, CA 94506

Dated: October 9, 2007

                              Richard W. Wieking, Clerk
                              By: Dawn Toland, Deputy Clerk