IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER HILSENRATH, et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>THE SWISS CONFEDERATION, et al.,<br><br>    Defendant.<br>_____/ | No. C 07-02782 WHA<br><br>**CLERK'S NOTICE RESCHEDULING HEARING TIME** |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>OLIVER HILSENRATH, et al.,<br><br>    Defendant.<br>_____/ | No. C 03-03252 WHA |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the motion hearing and further case management conference previously set for October 25, 2007 at 8:00 a.m. have been rescheduled for **November 1, 2007 at 2:00 p.m.**, before the Honorable William Alsup.

Because the Court will be in trial, parties should be aware that time for oral argument on this matter will be very limited.  Please plan accordingly**.**

Dated:  October 22, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
   Dawn Toland
   Courtroom Deputy to the
   Honorable William Alsup