1  OLIVER HILSENRATH
2  822 Eastbrook Court
   Danville, CA 94506
3  Telephone: 925 212 6299
   Facsimile: 925 736 7571
4  oliver_hilsenrath@sbcglobal.net

5  DEFENDANT *IN PRO PER*

6

7

8                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
9                     SAN FRANCISCO DIVISION

10

11 UNITED STATES OF AMERICA,              Case No. CR 03-0213 WHA

12        Plaintiff,                       **DECLARATION OF OLIVER
                                          HILSENRATH IN SUPPORT OF MOTION
13        v.                              TO ALTER JUDGMENT RE DISMISS
                                          FINANCIAL COMMITMENTS**
14 OLIVER HILSENRATH,

15        Defendant.

16                                         Date: Nov 19, 2007
                                          Time: 2:00 p.m.
17                                         Judge: Hon. William H. Alsup

18

19 I, Oliver Hilsenrath declare the following to be true under penalty of perjury:

20

21 Exhibits A-E are true copies of pleadings in cases 03-0213WHA and 07-02782WHA.

22

23 Dated: October 25, 2007

24        Signed,

25                           OLIVER HILSENRATH

26                            Plaintiff *PRO SE*

27

28                             _____ /s/ Oliver Hilsenrath _____

1

<u>List of Exhibits</u>

2

3

4
EXHIBIT A – Plea Agreement   [03-0213/Doc 366]

5
EXHIBITS B and C -- Court orders re Swiss freeze [03-0213/Doc 203 and 309]

6
EXHIBIT D – Complaint against Swiss government and officials [Case No 07-02782]

7
EXHIBIT E  - Court order denying jurisdiction [07-02782/Doc 50]

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28