IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH, OLIVER HILSENRATH, NAMA HILSENRATH, LIOR HILSENRATH, ELLA HOPE HILSENRATH, ISAIAH BENJAMIN HILSENRATH, SAUL NATHANIEL HILSENRATH, and THE LIVING TRUST OF MELANIE AND ANDRE HILSENRATH,<br><br>Plaintiffs,<br><br>v.<br><br>THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY GENERAL OF SWITZERLAND, GERARD SAUTEBIN, BRENT HOLTKAMP, and DOES 1–10,<br><br>Defendants. | No. C 07-02782 WHA<br><br>**ORDER RE MOTION TO ALTER JUDGMENT RE DISMISS FINANCIAL COMMITMENTS** |

The Court has received plaintiffs' motion to alter judgment re dismiss financial commitments. The Court requests that defendants respond to this motion by Monday, **NOVEMBER 5, 2007**, at **NOON**.

**IT IS SO ORDERED.**

Dated: October 29, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE