PILLSBURY WINTHROP SHAW PITTMAN LLP
STEPHAN E. BECKER (admitted *pro hac vice*)
  Email: stephan.becker@pillsburylaw.com
2300 N Street N.W.
Washington, D.C. 20037-1122
Telephone:   (202) 663-8277
Facsimile:   (202) 663-8007

PILLSBURY WINTHROP SHAW PITTMAN LLP
SHARON L. O'GRADY (SBN 102356)
  Email: sharon.ogrady@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone:   (415) 983-1198
Facsimile:   (415) 983-1200

Attorneys for Defendants
THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY GENERAL
OF SWITZERLAND, GERALD SAUTEBIN AND BRENT HOLTKAMP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVER HILSENRATH, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY GENERAL OF SWITZERLAND, GERARD SAUTEBIN, BRENT HOLTKAMP, <br><br> Defendants. | Case No. C-07-2782-WHA <br><br> E-Filing <br><br> DEFENDANTS' RESPONSE TO PLAINTIFF OLIVER HILSENRATH'S MOTION TO ALTER JUDGMENT RE DISMISS FINANCIAL COMMITMENTS <br><br> Date:   November 19, 2007 <br> Time:   2:00 p.m. <br> Honorable William H. Alsup |

1  Pursuant to the Court's October 29, 2007 Order, Defendants the Swiss Confederation, the Federal Attorney General Of Switzerland, Gerald Sautebin And Brent Holtkamp ("Defendants") submit this response to the October 25, 2007 Motion To Alter Judgment Re Dismiss Financial Commitments filed by Oliver Hilsenrath, one of the plaintiffs in the above-captioned case. Defendants understand that Mr. Hilsenrath is seeking to have the Court modify the July 9, 2007 criminal judgment in case number 3:03-CR-00213-WHA.

Defendants were not parties to case number 3:03-CR-00213-WHA, and the motion relates to the enforcement by the United States Government of a monetary fine resulting from a U.S. criminal prosecution. Accordingly, Defendants respectfully submit that it would be inappropriate for them to comment.

Dated: November 1, 2007.

PILLSBURY WINTHROP SHAW PITTMAN LLP
STEPHAN E. BECKER (admitted *pro hac vice*)
2300 N Street N.W.
Washington, D.C. 20037-1122

PILLSBURY WINTHROP SHAW PITTMAN LLP
SHARON L. O'GRADY
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

By ___/s/ Sharon L. O'Grady___
         Sharon L. O'Grady

Attorneys for Defendants
THE SWISS CONFEDERATION, THE FEDERAL ATTORNEY GENERAL OF SWITZERLAND, GERALD SAUTEBIN AND BRENT HOLTKAMP