**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA HILSENRATH, ET AL., | No. C-07-02782 WHA (JCS) |
| Plaintiff(s), | |
| v. | **CLERK'S NOTICE VACATING SETTLEMENT CONFERENCE** |
| THE SWISS CONFEDERATION, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

As this matter has been dismissed by the district court, the Settlement Conference previously scheduled for November 20, 2007, at 9:30 a.m., before the Honorable Joseph C. Spero, is hereby VACATED.

Dated: November 6, 2007         RICHARD W. WIEKING, CLERK

By: /s/ Mary A. Macudzinski-Gomez
        Deputy Clerk