HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net

PLAINTIFFS *PRO SE*

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HANA HILSENRATH et al, | Appeal No. [Not Assigned Yet] |
| Appellant, | District Court Docket No. CV-07-2782-WHA |
| v. | (Northern District of California) |
| THE SWISS CONFEDERATION et al, | **OLIVER HILSENRATH STATEMENT RE NO TRANSCRIPT** |
| Appellee. | |

I, Oliver Hilsenrath state that the District Court held no hearings in the above case therefore appellant requires no transcripts.

Dated: November 15, 2007

Respectfully submitted,

_____/s_____
OLIVER HILSENRATH