HANA HILSENRATH
OLIVER HILSENRATH
822 Eastbrook Court
Danville, CA 94506
Telephone: 925 212 6299
Facsimile: 925 736 7571
ohlx@sbcglobal.net

PLAINTIFFS *PRO SE*

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HANA HILSENRATH et al, | Appeal No. [Not Assigned Yet] |
| Appellant, | District Court Docket No. CV-07-2782-WHA |
| v. | (Northern District of California) |
| THE SWISS CONFEDERATION et al, | **REPRESENTATION STATEMENT** |
| Appellee. | |

    Pursuant to Rule 12(b) of the federal Rules of Appellate Procedure, the names and address of appellants (pro se) are:

>HANA HILSENRATH
>OLIVER HILSENRATH
>822 Eastbrook Court
>Danville, CA 94506
>Telephone: 925 212 6299
>Facsimile: 925 736 7571
>ohlx@sbcglobal.net

    Dated: November 15, 2007

    Respectfully submitted,

_____/s_____                                              _____/s_____
HANA HILSENRATH                                          OLIVER HILSENRATH